**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jfrost@maclaw.com
   Attorney for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUANE JENSEN,<br><br>                Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; ANDREW WALSH, personally and in his official capacity; TROY BARRETT, personally and in his official capacity; JAMES BOZEK, personally and in his official capacity, DOES 1-X, inclusive, and ROE CORP, 1-X, inclusive,<br><br>                Defendants. | Case No.:    2:14-cv-00029-RFB-VCF |

### STIPULATION AND ORDER TO CONTINUE APRIL 17, 2015 HEARING

It is hereby stipulated by and between Defendants Las Vegas Metropolitan Police Department ("Department"), Lieutenant Andrew Walsh ("Walsh"), Detective Troy Barrett ("Barrett") and Detective James Bozek ("Bozek") (collectively "Defendants"), through their counsel of record, Nick D. Crosby, Esq. with the law firm of Marquis Aurbach Coffing, and Plaintiff, Duane Jensen, through his counsel of record, Brandon W. McCoy, Esq. with the McCoy Law Group, Ltd., as follows:

    1. To continue the hearings on the Motion for Summary Judgment (Dkt. #28) and Motion to Dismiss with Summary Judgment Treatment or, in the Alternative, for a More Definite Statement (Dkt. #5) (collectively "Motions") currently set for April 17, 2015 at 10:30 a.m. to a later date that is convenient for the Court;

2. The Parties are available for the hearing on May 22, 2015 after 1:30 p.m. or June 4, 5 and 6, 2015 after 1:00 p.m.

Dated this 15 day of April, 2015.

**MCCOY LAW GROUP, LTD.**

By: _____
Brandon W. McCoy, Esq.
Nevada Bar No. 10402
625 S. 8th Street, 2nd Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 15 day of April, 2015.

**MARQUIS AURBACH COFFING**

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Defendants*

## ORDER

IT IS SO ORDERED that the hearing set for April 17, 2015 at 10:30 am, on the foregoing Motions shall be continued to Tuesday, May 6, 2015 at the hour of 2:00 PM.

DATED this 16th day of April, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge