UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DUANE JENSEN,<br><br>        Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 2:14-cv-00029-RFB-VCF<br><br>ORDER |

This Court having ordered the jury impaneled in the above-entitled action kept together during the period(s) of deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: <u>March 14, 2018</u>.

 

_____
RICHARD F. BOULWARE, II
United States District Judge